

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

QJR, LLC,                  Plaintiff

Versus                  CASE NO 1:24cv383 TBM-RPM

SECURIX, LLC, and
JONATHAN MILLER, INDIVIDUALLY
AND AS CHAIRMAN OF SECURIX LLC,          Defendants

## NOTICE OF REMOVAL

NOW INTO COURT through undersigned counsel come defendants Securix, LLC and Jonathan Miller individually and in his capacity as chairman of Securix, LLC, and hereby remove to this Honorable Court the civil action filed by plaintiff QJR, LLC in the Chancery Court of Jackson County, Mississippi, pursuant to 28 USC 1332, 1441, and 1446 as follows:

(1)

On or about September 20, 2024, QJR, LLC filed a petition in the Chancery Court of Jackson County, Mississippi bearing docket number 30CH1:24-cv-01774-DNH. This complaint names two defendants: Securix, LLC and Jonathan Miller individually and as chairman of Securix, LLC.

(2)

Defendants have not yet been served in this matter. On or about December 17, 2024, undersigned on the behalf of the Defendants agreed to accept service. However, there is no practical reason to delay removal pending service. Pursuant to 28 USC 1446(A), a copy of the petition is appended hereto as Exhibit A.

(3)

The state court has entered an *ex parte* order sealing the entire state court record, and in order to avoid violation of the order of the state court, your defendants are filing a contemporaneous motion to file Exhibit A under restriction so that only this Honorable Court and parties to the case can view this Exhibit.

### Diversity Jurisdiction

(4)

This Honorable Court has jurisdiction pursuant to 28 U.S.C. 1332, 28 USC 1441, and 28 USC 1446 inasmuch as, under 28 USC 1441(a), removal of an action originally filed in a state court is proper in "any civil action brought in a state court of which the district courts in the United States have original jurisdiction." Complete diversity as to all parties in interest exists, and the amount in controversy exceeds the sum of $ 75,000 (seventy-five thousand dollars) exclusive of interest, attorney fees, and costs.

(5)

Plaintiff QJR, LLC is Mississippi limited liability company having its principal place of business in Madison County, Mississippi and having three individual persons as members, each of whom is a domiciliary and citizen of Mississippi. Neither plaintiff nor any member of plaintiff is a citizen or domiciliary of South Carolina or Georgia.

(6)

Defendant Securix LLC is a Delaware limited liability company with its principal place of business in Atlanta, Georgia. It has two members, an individual who is a domiciliary and citizen of Georgia and an individual who is a domiciliary and citizen of South Carolina. Securix, LLC Has no member who is a citizen or domilicary of Mississippi and Securix, LLC is not a citizen of Mississippi. Defendant Jonathan Miller is a domiciliary and citizen of Georgia.

(7)

This case involves a dispute between the parties over contracts relating to management of a jointly-owned limited liability company and assets belonging to the company. The value of the disputed assets is estimated to be in excess of one million dollars.

(8)

Diversity jurisdiction exists and this Honorable Court has original subject matter jurisdiction under 28 USC 1332(a) because the parties in interest are completely diverse and the amount in controversy is in excess of $75,000 exclusive of interest, attorney fees, and costs.

## Timeliness of Removal

(9)

The state court petition was filed in September 2024 but no defendant was served at the time of filing. Instead, the parties agreed to engage in mediation in an effort to resolve their differences. The mediation was unsuccessful. No defendant has yet been served with the state court petition, but there is no reason to delay removal. On or about December 17, 2024, undersigned on the behalf of the Defendants agreed to accept service.

3

## The Amount in Controversy Exceeds $75,000

(10)

Defendants would show that the amount in dispute is in excess of $ 75,000 exclusive of interest, costs, and attorney fees as set forth in 28 USC 1332.

(11)

This case involves a dispute between the parties over contracts relating to management of a jointly-owned limited liability company and assets belonging to the company. The value of the disputed assets is estimated to be in excess of one million dollars.

(12)

Accordingly, the amount in controversy exceeds $75,000 for diversity jurisdiction.

## Compliance with Removal Process

(13)

In compliance with 28 USC 1447(b) and in compliance with Rule 5(b) of the 2024 Uniform Local Civil Rules MSSD MSND, will file a complete copy of the state court record within fourteen days of the filing of this notice of removal. Because the state court entered an *ex parte* order sealing the state court record, defendants will file a motion to seal in federal court in advance of, or contemporaneous with, the filing of the state court record.

(14)

In compliance with 28 U.S.C. 1446(d), defendants will promptly file written notice of the filing of this Notice of Removal to all adverse parties and with the Clerk of the Chancery Court of Jackson County, Mississippi.

4

(15)

Defendants expressly reserve and do not waive any and all available substantive and procedural defenses that defendants have to plaintiff's complaint.

(16)

Defendants reserve the right to amend or supplement this Notice of Removal.

WHEREFORE defendants SECURIX, LLC and JONATHAN MILLER, INDIVIDUALLY AND AS CHAIRMAN OF SECURIX LLC respectfully ask that this Honorable Court assume full jurisdiction over the cause herein as provided by law.

Respectfully submitted, this the ____19____ day of December, 2024.

SECURIX, LLC and
JONATHAN MILLER, individually and
as Chairman of SECURIX, LLC

_____
ALBERT R. JORDAN, IV
MS Bar Roll # 102513
HEALY & JORDAN, PLLC
1323 28th Avenue, Suite A
Gulfport, MS 39501
228-575-4005 - Telephone
228-575-4006 – Facsimile
EMAIL: Al@HealyJordanLaw.com

## CERTIFICATE OF SERVICE

I do certify that I have this date, December 20, 2024, mailed through the United States Postal Service, postage prepaid, a true and correct copy of the above and forgoing to the following:

Jacklyn Wrigley
Erich N. Nichols
Nichols Wrigley, PLLC
929 Washington Ave
Ocean Springs, MS 39564
erich@nicholswrigley.com
jaklyn@nicholswrigley.com
office@nicholswrigley.com

ALBERT R. JORDAN, IV