# EXHIBIT A

# RESTRICTED

# CONVENTIONAL FILING