# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| QJR, LLC | **PLAINTIFF** |
| VERSUS | CIVIL ACTION NO. 1:24-CV-383-TBM-RPM |
| SECURIX, LLC et al | **DEFENDANTS** |

## ORDER RESTRICTING ACCESS

This matter is before the Court on Defendants' motions to seal exhibits such that the exhibits can be viewed only by the Court and the parties to the litigation. Defendants move to seal Exhibit A to their notice of removal and Exhibits A and B to their answer. Defendants argue the exhibits should be sealed because the Chancery Court of Jackson County entered an order sealing the entire state court record. The Court finds the motion to seal should be granted at this time. However, the Court reserves ruling on whether to permanently restrict access to the exhibits. *See Binh Hoa Lee v. Exeter Fin. Corp.*, 990 F.3d 410, 417 (5th Cir. 2021); *Casa Orlando Apartments, Ltd. v. Fed. Nat'l Mortg. Ass'n*, 624 F.3d 185, 201 (5th Cir. 2010) (when determining whether to seal documents, the district court balances the privacy interest against public's right to access).

IT IS THEREFORE ORDERED AND ADJUDGED that Defendants' [2] [4] Motions to Seal are GRANTED such that Exhibit A to Defendants' notice of removal and Exhibits A and B to Defendants' answer are sealed from public access only, with CM/ECF access permitted to the Court and litigants' counsel. L.U.Civ.R. 79(e)(3)(B)(2).

SO ORDERED AND ADJUDGED, this the 20th day of December 2024.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE