UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| QJR, LLC, | Plaintiff |
| Versus | CASE NO 1:24-cv-00383-TBM-RPM |
| SECURIX, LLC, and<br>JONATHAN MILLER, INDIVIDUALLY<br>AND AS CHAIRMAN OF SECURIX LLC, | Defendants |

## **NOTICE OF CONVENTIONAL FILING**

Documents 3-1 Exhibit A and 3-2 Exhibit are in paper form only and are being electronically filed under restriction by the Office of the Clerk pursuant to order filed on December 20, 2024. These documents have been manually served on all parties.

Respectfully submitted, this the  20TH  day of December, 2024.

        SECURIX, LLC and
        JONATHAN MILLER, individually and
        as Chairman of SECURIX, LLC


        /s/ Albert R. Jordan, IV
        ALBERT R. JORDAN, IV
        MS Bar Roll # 102513
        HEALY & JORDAN, PLLC
        1323 28th Avenue, Suite A
        Gulfport, MS 39501
        228-575-4005 - Telephone
        228-575-4006 – Facsimile
        EMAIL: Al@HealyJordanLaw.com

# CERTIFICATE OF SERVICE

  I do certify that I have this date, <u>  December 20, 2024  </u>, mailed through the United States Postal Service, postage prepaid, a true and correct copy of the above and forgoing to the following:

Jacklyn Wrigley
Erich N. Nichols
Nichols Wrigley, PLLC
929 Washington Ave
Ocean Springs, MS 39564
erich@nicholswrigley.com
jaklyn@nicholswrigley.com
office@nicholswrigley.com

              <u>/s/ Albert R. Jordan, IV  </u>
              ALBERT R. JORDAN, IV