UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| QJR, LLC, | Plaintiff |
| Versus | CASE NO 1:24-cv-00383-TBM-RPM |
| SECURIX, LLC, and<br>JONATHAN MILLER, INDIVIDUALLY<br>AND AS CHAIRMAN OF SECURIX LLC, | Defendants |

## **NOTICE OF FILING STATE COURT RECORD**

On or about December 20, 2024, Defendants filed a Notice of Removal. Defendants give notice that the State Court Record is attached and marked Exhibit A. Defendants withhold the filing of the record pending an order to file it under restriction.

Respectfully submitted, this the  2nd  day of January, 2025.

        SECURIX, LLC and
        JONATHAN MILLER, individually and
        as Chairman of SECURIX, LLC


        /s/ Albert R. Jordan, IV
        ALBERT R. JORDAN, IV
        MS Bar Roll # 102513
        HEALY & JORDAN, PLLC
        1323 28th Avenue, Suite A
        Gulfport, MS 39501
        228-575-4005 - Telephone
        228-575-4006 – Facsimile
        EMAIL: Al@HealyJordanLaw.com

# CERTIFICATE OF SERVICE

  I do certify that I have this date, <u>  January 2, 2025  </u>, mailed through the United States Postal Service, postage prepaid, a true and correct copy of the above and forgoing to the following:

Jacklyn Wrigley
Erich N. Nichols
Nichols Wrigley, PLLC
929 Washington Ave
Ocean Springs, MS 39564
erich@nicholswrigley.com
jaklyn@nicholswrigley.com
office@nicholswrigley.com

            <u>/s/ Albert R. Jordan, IV</u>
            ALBERT R. JORDAN, IV