EXHIBIT A

STATE COURT RECORD

UNDER RESTRICTION