UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| QJR, LLC, | Plaintiff |
| Versus | CASE NO 1:24-cv-00383-TBM-RPM |
| SECURIX, LLC, and<br>JONATHAN MILLER, INDIVIDUALLY<br>AND AS CHAIRMAN OF SECURIX LLC, | Defendants |

### **MOTION TO FILE STATE COURT RECORD UNDER RESTRICTION**

NOW INTO COURT through undersigned counsel come defendants Securix, LLC and Jonathan Miller individually and in his capacity as chairman of Securix, LLC, and hereby move and represent as follows:

(1)

On or about December 20, 2024 Defendants filed a Notice of Removal.

(2)

The state court has entered an *ex parte* order sealing the entire state court record, and in order to avoid violation of the order of the state court, your defendants respectfully ask this Honorable Court to order that the State Court Record be filed under restriction so that only this Honorable Court and parties to the case can view this record. Exhibit A, State Court Record, which is not attached pending an order to file it under restriction.

WHEREFORE defendants SECURIX, LLC and JONATHAN MILLER, INDIVIDUALLY AND AS CHAIRMAN OF SECURIX LLC respectfully ask that this

Honorable Court order that State Court Record be filed under restriction so that it can be viewed only by this Honorable Court and by the parties to this litigation.

Respectfully submitted, this the  2nd   day of January, 2025.

                                      SECURIX, LLC and
                                      JONATHAN MILLER, individually and
                                      as Chairman of SECURIX, LLC

                                      /s Albert R. Jordan, IV
                                      ALBERT R. JORDAN, IV
                                      MS Bar Roll # 102513
                                      HEALY & JORDAN, PLLC
                                      1323 28th Avenue, Suite A
                                      Gulfport, MS 39501
                                      228-575-4005 - Telephone
                                      228-575-4006 – Facsimile
                                      EMAIL: Al@HealyJordanLaw.com

## CERTIFICATE OF SERVICE

  I do certify that I have this date,  January 2, 2025 , mailed through the United States Postal Service, postage prepaid, a true and correct copy of the above and forgoing to the following:

Jacklyn Wrigley
Erich N. Nichols
Nichols Wrigley, PLLC
929 Washington Ave
Ocean Springs, MS 39564
erich@nicholswrigley.com
jaklyn@nicholswrigley.com
office@nicholswrigley.com

              /s/ Albert R. Jordan, IV
              ALBERT R. JORDAN, IV