IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**QJR, LLC**                                                                                                         **PLAINTIFF**

**vs.**                                                      **CASE NO 1:24-cv-00383-TBM-RPM**

**SECURIX, LLC, and JONATHAN MILLER,**
**INDIVIDUALLY AND AS CHAIRMAN OF SECURIX, LLC**        **DEFENDANTS**

## ENTRY OF APPEARANCE

R. Andrew Taggart, Jr. of TAGGART|RIMES ATTORNEYS, PLLC enters his appearance as counsel of record for Plaintiff QJR, LLC, and respectfully requests that the Clerk of the Court note his appearance on the list of counsel to be notified of any items filed in this cause.

Respectfully submitted this 6th day of January, 2025.

                                         */s/ R. Andrew Taggart, Jr.*
                                         R. Andrew Taggart, Jr. (MSB #7422)
                                         **TAGGART|RIMES ATTORNEYS, PLLC**
                                         910 Washington Avenue
                                         Ocean Springs, Mississippi 39564
                                         Telephone: 228.205.3921
                                         Facsimile: 601.898.8420
                                         andy@trwlawyers.com

## CERTIFICATE OF SERVICE

I certify that on this day I electronically filed this Entry of Appearance with the Clerk of the Court using the MEC system which sent notification of such filing to all counsel of record.

This the 6th day of January, 2025.

                                         */s/ R. Andrew Taggart, Jr.*
                                         R. Andrew Taggart, Jr.