UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

QJR, LLC                                                                              PLAINTIFF

VERSUS                                            CIVIL ACTION NO. 1:24-CV-383-TBM-RPM

SECURIX, LLC et al                                                              DEFENDANTS

## ORDER RESTRICTING ACCESS

This matter is before the Court on Defendants' motion to seal exhibit such that the exhibit can be viewed only by the Court and the parties to the litigation. Doc. [13]. Defendants move to seal Exhibit A to their Notice of Filing State Court Record. Defendants argue the exhibit should be sealed because the Chancery Court of Jackson County entered an order sealing the entire state court record. The Court finds the motion to seal should be granted at this time. However, the Court reserves ruling on whether to permanently restrict access to the exhibits. *See Binh Hoa Lee v. Exeter Fin. Corp.*, 990 F.3d 410, 417 (5th Cir. 2021); *Casa Orlando Apartments, Ltd. v. Fed. Nat'l Mortg. Ass'n*, 624 F.3d 185, 201 (5th Cir. 2010) (when determining whether to seal documents, the district court balances the privacy interest against public's right to access).

IT IS THEREFORE ORDERED AND ADJUDGED that Defendants' [13] Motion to Seal is GRANTED such that Exhibit A to Defendants' Notice [12] may be filed under seal from public access only, with CM/ECF access permitted to the Court and litigants' counsel. L.U.Civ.R. 79(e)(3)(B)(2).

SO ORDERED AND ADJUDGED, this the 7th day of January 2025.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE