UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| QJR, LLC, | Plaintiff |
| Versus | CASE NO 1:24-cv-00383-TBM-RPM |
| SECURIX, LLC, and<br>JONATHAN MILLER, INDIVIDUALLY<br>AND AS CHAIRMAN OF SECURIX LLC, | Defendants |

## DEFENDANTS' OPPOSITION TO REMAND

COME NOW Defendants SECURIX, LLC, and JONATHAN MILLER, INDIVIDUALLY AND AS CHAIRMAN OF SECURIX LLC, and oppose Plaintiff's Motion to Remand for the reasons fully stated in the Memorandum in opposition and exhibits attached in support, Exhibit A, Declaration of Jonathan Miller.

Respectfully submitted, this the 17th day of January, 2025.

        SECURIX, LLC and
        JONATHAN MILLER, individually and
        as Chairman of SECURIX, LLC

        /s/ Albert R. Jordan, IV
        ALBERT R. JORDAN, IV
        MS Bar Roll # 102513
        HEALY & JORDAN, PLLC
        1323 28th Avenue, Suite A
        Gulfport, MS 39501
        228-575-4005 - Telephone
        228-575-4006 – Facsimile
        EMAIL: Al@HealyJordanLaw.com

## CERTIFICATE OF SERVICE

I certify that on _____January 17, 2025_____ I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

/s/ Albert R. Jordan, IV
ALBERT R. JORDAN, IV