IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**QJR, LLC**   **PLAINTIFF**

**v.**   **CIVIL ACTION NO. 1:24-cv-383-TBM-RPM**

**SECURIX, LLC and**
**JONATHAN MILLER**   **DEFENDANTS**

## WITNESS LIST

**1/27/2025 Motion Hearing**

**DEFENDANT:**   **Date Testified:**

Jonathan Miller   1/27/2025