IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**QJR, LLC**                                                                                   **PLAINTIFF**

**v.**                                               **CIVIL ACTION NO. 1:24-cv-383-TBM-RPM**

**SECURIX, LLC** *and*
**JONATHAN MILLER**                                                    **DEFENDANTS**

## ORDER GRANTING MOTION TO REMAND

This matter came before the Court on QJR, LLC's Motion to Remand [10]. At the hearing conducted on January 27, 2025, the Court, having considered the pleadings, the record,[1] the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed finding and conclusions.

IT IS THEREFORE ORDERED AND ADJUDGED that QJR, LLC's Motion to Remand [10] is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that this case is remanded to Chancery Court of Jackson County, Mississippi, and that a certified copy of this Order of remand shall be immediately mailed by the Clerk to the clerk of the state court pursuant to 28 U.S.C. § 1447(c).

This, the 28th day of January, 2025.

                                                                  TAYLOR B. McNEEL
                                                                  UNITED STATES DISTRICT JUDGE

---

[1] In making its decision, the Court considered and relied on Joshua Gregory's Declaration [21-1] which clarified the amount of monetary damages that QJR, LLC was seeking and was willing to accept.