January 28, 2025

ARTHUR JOHNSTON
CLERK OF COURT

Arthur_Johnston@mssd.uscourts.gov

501 E. Court St., Suite 2.500
Jackson, MS  39201

TELEPHONE
601-608-4010

*Divisions*

**SOUTHERN at Gulfport**
2012 15th St., Suite 403, ZIP 39501

**EASTERN at Hattiesburg**
701 Main St., Suite 200, ZIP 39401

**JACKSON & WESTERN at Jackson**
501 E. Court St. Ste 2.500, ZIP 39201

Carol Whitfield, Supervisor
Jackson County Chancery Clerk's Office

P.O. Box 998

Pascagoula, MS 39568



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
FEB 03 2025
ARTHUR JOHNSTON
BY_____ DEPUTY

RE:   *QJR, LLC vs. Securix, LLC, et al.*
Our Case No. 1:24cv383 TBM-RPM
Your Case No. 24-01884-NH

Dear Ms. Whitfield

Pursuant to 28 U. S. C. § 1447(c), enclosed herewith please find a certified copy of an order of remand entered on ___01/28/2025___ in the above-captioned case on the docket of our court.  Also enclosed is a certified copy of our docket sheet.

Please indicate your receipt of these documents by completing the acknowledgment on the copy of this letter and returning it to us via the enclosed SASE.

Should you have any questions please contact our office at 228-563-1700  .

Sincerely Yours,

*ARTHUR JOHNSTON, CLERK*  By: _____, D. C.

### *ACKNOWLEDGEMENT OF RECEIPT*

*I hereby acknowledge receipt of the documents referred to above on this the* **29** *day of* __January__*, 20**25**.*

*CHANCERY   CLERK OF    Jackson      COUNTY*
*By:* _____*, D. C.*

SEAL

CHANCERY COURT
JACKSON COUNTY, MISS