**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**QJR, LLC**                                                                **PLAINTIFF**

**VERSUS.**                   **CIVIL ACTION NO. 1:24-CV-383-TBM-RPM**

**JONATHAN MILLER AND**
**SECURIX, LLC**                                              **DEFENDANTS**

### PLAINTIFF'S NOTICE OF INTENT TO REQUEST REDACTION

**COMES NOW** Plaintiff QJR, LLC, a Mississippi Limited Liability Company, and hereby gives notice of its intent to request redaction of the transcript of the hearing held on January 27, 2025, before the Honorable Judge Taylor McNeel.

Pursuant to the Court's Notice of Filing of Official Transcript dated March 21, 2025, and in accordance with the transcript redaction procedures established by the United States District Court for the Southern District of Mississippi, Plaintiff QJR, LLC hereby gives notice of its intent to request redaction of the transcript of the hearing held on January 27, 2025, before the Honorable Judge Taylor McNeel.

Plaintiff reserves the right to file specific redaction requests in compliance with the deadlines and procedures set forth by the Court and governing rules.

DATED this the 31 day of March 2025.

                                                   Respectfully submitted,

                            By:    *s/Jaklyn Wrigley*
                                     Jaklyn Wrigley (MSB# 103773)
                                     Nichols Wrigley, PLLC
                                     1011 Iberville Drive
                                     Ocean Springs, Mississippi 32964
                                     Telephone: 228-206-2990
                                     Facsimile: 601-476-4951
                                     jaklyn@nicholswrigley.com

**CERTIFICATE OF SERVICE**

I, JAKLYN WRIGLEY, do hereby certify that I have filed the foregoing NOTICE OF INTENT TO REQUEST REDACTION with the Clerk of Court by filing it with the ECF system, which sends it to all registered parties.

DATED, this 31 day of March, 2025

s/*Jaklyn Wrigley*<br>JAKLYN WRIGLEY